No. 11, Original. UNITED STATES *v.* LOUISIANA ET AL. The defendant States are directed to answer to the amended complaint within 45 days from this date. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this matter. *Solicitor General Rankin* filed the amended complaint for the United States. *Jack P. F. Gremillion,* Attorney General, for the State of Louisiana, *John Patterson,* Attorney General, *William G. O'Rear* and *Gordon Madison,* Assistant Attorneys General, and *E. K. Hanby,* Special Assistant Attorney General, for the State of Alabama, *Richard W. Ervin,* Attorney General, for the State of Florida, *Joe T. Patterson,* Attorney General, for the State of Mississippi, and *Will Wilson,* Attorney General, for the State of Texas, defendants.

No. 567. MISSISSIPPI RIVER FUEL CORP. *v.* FEDERAL POWER COMMISSION. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. The motion of United Gas Pipe Line Company to correct and amend the title and caption is granted and the United Gas Pipe Line Company is designated as a party respondent. *Thomas Fletcher* and *C. Huffman Lewis* for movant-respondent.

No. 460. PASTER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *David Previant* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Carolyn R. Just* for respondent.